Submitted on record and briefs August 18, appeal dismissed
August 29, 1977

STATE OF OREGON, *Respondent,*

*v.*

CHARLES T. BUSCH, *Appellant.*

(No. 76-3074 T, CA 8385)

567 P2d 1095

Hal F. Coe, Klamath Falls, filed the brief for appellant.

James A. Redden, Attorney General, W. Michael Gillette, Solicitor General, and Catherine Allan, Assistant Attorney General, Salem, filed the brief for respondent.

Before Schwab, Chief Judge, and Richardson and Johnson, Judges.

PER CURIAM.

**PER CURIAM.**

Defendant's brief fails to comply with the rules for appeals from district court, DCAR 5.5, 5.6 and 5.7. We see no reason for considering his appeal. *State v. Lamphere,* 233 Or 330, 333, 378 P2d 706 (1963); *State v. Burris,* 27 Or App 835, 557 P2d 701 (1976), Sup Ct *review denied* (1977).

Appeal dismissed.